IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 13-mc-0044 KJM |
| vs. | |
| 2004 NISSAN ARMADA, VIN: 5N1AA08B74N723937, License Number: 5KXS948, | |
| Defendant. | ORDER |

   Plaintiff is directed to show cause within fourteen days of the date of this order why the action should not be dismissed for failure to prosecute.

   IT IS SO ORDERED.

DATED: November 5, 2013.

_____
UNITED STATES DISTRICT JUDGE